# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| KENNETH J. MYNATT, | § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 3:20-cv-00151 |
| UNITED STATES OF AMERICA, *et al.* | § § | Judge Campbell |
| *Defendants.* | § § | |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a)(1), notice is hereby given that Plaintiff Kenneth J. Mynatt appeals to the United States Court of Appeals for the Sixth Circuit from the final order of the District Court entered on August 31, 2021 (Doc. #41). The Plaintiff's appeal encompasses all preceding orders, including the Court's August 31, 2021 Memorandum Opinion (Doc. #40). The Plaintiff's appeal is taken as to all Defendants.

Respectfully submitted,

By: /s/ Daniel A. Horwitz
DANIEL A. HORWITZ, BPR #032176
LINDSAY B. SMITH, BPR #035937
HORWITZ LAW, PLLC
4016 WESTLAWN DR.
NASHVILLE, TN 37209
daniel@horwitz.law
lindsay@horwitz.law
(615) 739-2888

*Counsel for Kenneth J. Mynatt*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September, 2021, a copy of the foregoing was served via CM/ECF upon the following:

MICHAEL L. RODEN
DEAN ATYIA
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203-3870
Telephone: (615) 736-5151
michael.roden@usdoj.gov
dean.atyia@usdoj.gov


DAVID BROCK EAST
McCarter East PLLC
316 West Main Street
Murfreesboro, TN 37130
brockeast@mcelaw.com

                By:    /s/ Daniel A. Horwitz
                      Daniel A. Horwitz, Esq.